# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| HELPING HANDS HOME IMPROVEMENT, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:20-cv-00092** |
| v. | ) | |
| SELECTIVE INSURANCE COMPANY OF | ) | **JUDGE RICHARDSON** |
| SOUTH CAROLINA, | ) | **Magistrate Judge Frensley** |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION AND AGREED ORDER

The Court notes the following stipulation and makes the following order:

1. Defendant has requested from Plaintiff a short extension of time to June 12, 2020, within which to file its response to the Amended Complaint to which Plaintiff has agreed;

2. Considering this agreement, it is, therefore, ORDERED that Defendant shall file its answer or motion in response to the Amended Complaint on or before June 12, 2020.

IT IS SO ORDERED.

Jeffery S. Frensley, U.S. Magistrate Judge

APPROVED FOR ENTRY:

*/s/ John. S. Hicks*
John S. Hicks  (#10478)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee  37201
Tel:  (615) 726-7337
jhicks@bakerdonelson.com

*Attorneys for Defendant*

*/s/ J. Brandon McWherter by John S. Hicks with permission*
J. Brandon McWherter (BPR No. 21600)
Johnathan L. Bobbitt  (BPR No. 23515)
Emily S. Alcorn (BPR No. 33281)
Gilbert Russell McWherter Scott Bobbitt, PLC
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee 37067
bmcwherter@gilbertfirm.com
jbobbitt@gilbertfirim.com
calcorn@gilbertfirm.com

Erik D. Peterson
MEHR, FAIRBANKS & PETERSON
   TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
edp@austinmehr.com

T. Joseph Snodgrass
LARSON KING, LLP
30 East Seventh St., Suite 2800
St. Paul, MN 55101
jsnodgrass@larsonking.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of May, 2020, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as listed below. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

J. Brandon McWherter (BPR No. 21600)
Johnathan L. Bobbitt (BPR No. 23515)
Emily S. Alcorn (BPR No. 33281)
GILBERT RUSSELL McWHERTER SCOTT BOBBITT, PLC
341 Cool Springs Boulevard, Suite 230
Franklin, Tennessee 37067
bmcwherter@gilbertfirm.com
jbobbitt@gilbertfirim.com
calcorn@gilbertfirm.com

Erik D. Peterson
MEHR, FAIRBANKS & PETERSON
  TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
edp@austinmehr.com

T. Joseph Snodgrass
LARSON KING, LLP
30 East Seventh St., Suite 2800
St. Paul, MN 55101
jsnodgrass@larsonking.com

_/s/ John S. Hicks_____
            John S. Hicks

3